# EXHIBIT A

# GENESIS FINANCE

## Florida Motor Vehicle Lease Agreement

**DEAL# 45549**
**CUST# 5612342121**
**STK# KU296532**
Call us toll-free at 84-GENESIS-7 (844-363-7477)

Lease Date: **04/15/2019**

## 1. PARTIES AND VEHICLE DESCRIPTIONS

**LESSEE:**

Lessee: **TINA GOLDSTEIN**
Billing Address: ████████████████
City    County    State    Zip

**LESSOR (Dealer):**

Dealer: **NORTH PALM HYUNDAI**
Address: **3703 NORTHLAKE BLVD**
Street Address
**PALM BEACH GARDENS   FL      33403**
City    County    State    Zip

**CO-LESSEE:**

Co-Lessee: **N/A**
Billing Address: ☐ Check box if same as Lessee
**N/A**
Address
**N/A             N/A    N/A**
City    County    State    Zip

**GARAGING ADDRESS:**

☒ Check box if same as Lessee's Billing Address
☒ Check box if same as Co-Lessee's Billing Address
**N/A**
(Street Address - No P.O. Boxes)
**N/A                N/A    N/A**
City    County    State    Zip

**LEASED VEHICLE:**

☒ New   ☐ Used
**2019    GENESIS    G80**
Year    Make    Model
**37        KMHGN4JE7KU296532**
Odometer    VIN:
☐ If checked, the Vehicle's primary intended use is for a Business, Commercial or Agricultural purpose.

**DESCRIPTION OF TRADE-IN VEHICLE:**

**N/A      N/A           N/A**
Year    Make    Model

Gross Agreed Upon Trade-in Allowance .......................$  **N/A**
Outstanding Prior Credit or Lease Balance
(To Be Paid by Dealer/Lessor) ..............................$  **N/A**
Net Trade-in Allowance (if less than 0, then enter 0)........$  **0.00**

Lessee and Co-Lessee ("you", "your" and together the "Lessee") each agree to lease the Leased Vehicle described above, including all equipment, parts and accessories (the "Vehicle") from Lessor ("we," "us" and "our") according to the terms and conditions of this Motor Vehicle Lease Agreement ("Lease"). Each of you who executes this Lease will be individually liable to us for all Lease obligations and for the entire amount owing under this Lease. After you sign this Lease, we will assign it to Hyundai Lease Titling Trust ("HLTT") and the terms "Assignee," "we," "us" and "our" will refer to HLTT and its agents or to any subsequent assignee.

## FEDERAL CONSUMER LEASING ACT DISCLOSURES

| 2. AMOUNT DUE AT LEASE SIGNING OR DELIVERY (Itemized below)* | 3. MONTHLY PAYMENTS | 4. OTHER CHARGES (Not part of your Monthly Payment) | 5. TOTAL OF PAYMENTS (The amount you will have paid by the end of the Lease) |
|---|---|---|---|
| | A. Your first Monthly Payment of $ **604.16** is due on **04/15/2019** followed by **35** payments of $ **604.16** due on the **16th** of each month, beginning on **05/16/19** | A. **Turn-in Fee** (if you do not purchase the Vehicle).....$ **400.00** | |
| | | B. **N/A** .........$ **N/A** | |
| $ **3300.00** | B. The Total of your Monthly Payments is $ **21749.76** | C. Total .......................$ **400.00** | $ **24845.60** |

## 6. ITEMIZATION OF AMOUNT DUE AT LEASE SIGNING OR DELIVERY

**A. Amount Due at Lease Signing or Delivery:**

| | | |
|---|---|---|
| (1) | Capitalized Cost Reduction..............................$ | 932.26 |
| (2) | Sales/Use Tax on Capitalized Cost Reduction ..........$ | 65.26 |
| (3) | First Monthly Payment..................................$ | 604.16 |
| (4) | Refundable Security Deposit............................$ | N/A |
| (5) | Acquisition Fee.........................................$ | N/A |
| (6) | Initial License, Title and Registration Fees ............$ | 305.85 |
| (7) | Sales/Use Tax...........................................$ | 76.97 |
| (8) | Battery Fee Upfront  1.50 / Rental Surcharge  60.00 / Tire Fee  5.00 ...$ | 66.50 |
| (9) | MVWEA FEE  2.00 / Priv-Tag-Agency**  149.00 / Dealer Doc Fee Upfrnt 1098.00 ...$ | 1249.00 |
| (10) | N/A .....................................................$ | N/A |
| (11) | TOTAL ..................................................$ | 3300.00 |

**B. How the Amount Due at Lease Signing or Delivery will be Paid:**

| | | |
|---|---|---|
| (1) | Net Trade-in Allowance .................................$ | 0.00 |
| (2) | Rebates and Noncash Credits ..........................$ | 2500.00 |
| (3) | Amount to Be Paid in Cash .............................$ | 800.00 |
| (4) | N/A .....................................................$ | N/A |
| (5) | TOTAL ..................................................$ | 3300.00 |

## 7. YOUR MONTHLY PAYMENT IS DETERMINED AS SHOWN BELOW

**Gross Capitalized Cost.** The agreed upon value of the Vehicle ($ 47859.95 ) and any items you pay over the Lease Term (such as service contracts, insurance, and any outstanding prior credit or lease balance) .......................... $ 50268.95

B. **Capitalized Cost Reduction.** The amount of any Net Trade-in Allowance, Rebate, Noncash Credit, or Cash you pay that reduces the Gross Capitalized Cost .......................... − $ 932.26

C. **Adjusted Capitalized Cost.** The amount used in calculating your Base Monthly Payment .......................... = $ 49336.69

D. **Residual Value.** The value of the Vehicle at the end of the Lease used in calculating your Base Monthly Payment .......................... − $ 29873.20

E. **Depreciation and any Amortized Amounts.** The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term .......................... = $ 19463.49

F. **Rent Charge.** The amount charged in addition to the Depreciation and any Amortized Amounts .......................... + $ 1055.07

G. **Total of Base Monthly Payments.** The Depreciation and any Amortized Amounts plus the Rent Charge .......................... = $ 20518.56

H. **Lease Payments.** The number of payments in your Lease .......................... ÷ $ 36

I. **Base Monthly Payment** .......................... = $ 569.96

J. **Monthly Sales/Use Tax** .......................... + $ 34.20

K. **Other (specify):** N/A .......................... + $ N/A

L. **Total Monthly Payment** .......................... = $ 604.16

**EARLY TERMINATION.** You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.

## 8. EXCESS WEAR AND USE

You may be charged for excess wear based on our standards for normal use and for mileage in excess of 10000 miles per year (prorated based on the number of months in the Lease Term) at the rate of 25¢ per mile. No rebate or credit will be paid to you if the mileage is less than the specified amount.

☐ If this box is checked, you have purchased an additional N/A miles per year (prorated based on the number of months in the Lease Term), at 20¢ per mile, which is included in your Monthly Payment. No rebate or credit will be paid to you if the end of term mileage is less than the specified amount.

## 9. PURCHASE OPTION AT END OF LEASE TERM

You have an option to purchase the Vehicle from us at the scheduled end of the Lease Term, AS IS, WHERE IS, from us or a party we designate, (See Section 23), for the Residual Value on line 7D above ("Purchase Price") plus a **Purchase Option Fee** of $ 0.00 . You are also responsible for any official fees, such as those for taxes, tags, license and registration. *Please see Section 23 of this Lease for additional terms and conditions.*

## 10. OTHER IMPORTANT TERMS

See the entirety of this Lease (8 pages total) for additional information on early termination, purchase options, maintenance responsibilities, warranties, late and default charges, insurance, and any security interest, if applicable.

**Notice:** If you do not meet your Lease obligations, you may lose the Vehicle.

## 11. ITEMIZATION OF GROSS CAPITALIZED COST

| | | |
|---|---|---|
| A. | Agreed Upon Value of Vehicle .......................... $ | 47859.95 |
| B. | Sales/Use Tax .......................... $ | N/A |
| C. | License, Title and Registration Fees .......................... $ | N/A |
| D. | Outstanding Prior Credit or Lease Balance .......................... $ | 0.00 |
| E. | Dealer Documentation/Service Fee** .......................... $ | N/A |
| F. | AWS PLATINUM PLUS .......................... $ | 688.00 |
| G. | N/A .......................... $ | N/A |
| H. | TW 372.00 .......................... $ | 372.00 |
| I. | KEY 599.00 .......................... $ | 599.00 |
| J. | N/A .......................... $ | N/A |
| K. | Acquisition Fee .......................... $ | 750.00 |
| L. | Total = Gross Capitalized Cost .......................... $ | 50268.95 |

** This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

## 12. TERM AND SCHEDULED MATURITY DATE

The Lease Term is 36 months ("Lease Term").

The Scheduled Maturity Date: 04/16/2022 .

*[This area intentionally left blank.]*

71989*1*NPH-FI

04/15/2019  01:00 pm

Lessee Initials X         Co-Lessee Initials X   N/A         Page 2 of 8

Form No. LSE GF FL Z (Rev. 1/2019)  Electronic  ©2019, Hyundai Capital America

## 13. OPTIONAL INSURANCE AND OTHER PRODUCTS

You do not have to purchase any optional protection products or services listed below to enter into this Lease, and they are not a factor in our credit decision to lease the Vehicle to you. If you have initialed below, it means you want the described product/service and have reviewed the separate contract for the product/service(s) which describes its terms and conditions. Coverage under any of the product(s)/service(s) you have purchased itemized below may be subject to approval by the provider of such product(s)/service(s). If the price of any products and/or services (whether defined below or otherwise) you purchased at the time of entering into this Lease is not set forth in the Itemization of Gross Capitalized Cost section on Page 2, you will pay for them upon Lease signing or delivery. We may receive a portion of the price of any optional products or services you buy.

| [X] Other: **SERVICE CONTRACT** | Premium/Price: $ | **688.00** | [ ] Other: N/A | Premium/Price: $ | N/A |
| Product Description | | | Product Description | | |

| AWS | 36 | TB | N/A | N/A | N/A | N/A | N/A |
| Provider | Term (in Months or Years) | Lessee | Co-Lessee | Provider | Term (in Months or Years) | Lessee | Co-Lessee |
| | | | Initials | | | | Initials |

| [X] Other: **TIRE & WHEEL   372.00** | Premium/Price: $ | **372.00** | [ ] Other: N/A | Premium/Price: $ | N/A |
| Product Description | | | Product Description | | |

| AWS/Resource | 36 | TB | N/A | N/A | N/A | N/A | N/A |
| Provider | Term (in Months or Years) | Lessee | Co-Lessee | Provider | Term (in Months or Years) | Lessee | Co-Lessee |
| | | | Initials | | | | Initials |

| [X] Other: **KEY REPLACE $   599.00** | Premium/Price: $ | **599.00** | [ ] Other: N/A | Premium/Price: $ | N/A |
| Product Description | | | Product Description | | |

| AWS | 36 | TB | N/A | N/A | N/A | N/A | N/A |
| Provider | Term (in Months or Years) | Lessee | Co-Lessee | Provider | Term (in Months or Years) | Lessee | Co-Lessee |
| | | | Initials | | | | Initials |

| [ ] Other: N/A | Premium/Price: $ | N/A | [ ] Other: N/A | Premium/Price: $ | N/A |
| Product Description | | | Product Description | | |

| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Provider | Term (in Months or Years) | Lessee | Co-Lessee | Provider | Term (in Months or Years) | Lessee | Co-Lessee |
| | | | Initials | | | | Initials |

## 14. ESTIMATED OFFICIAL FEES AND TAXES

The total estimated amount you will pay for official and license fees, registration, title and taxes (including personal property taxes) over the Lease Term, whether included with your Monthly Payment or assessed otherwise, is $ **2038.98** . The actual total of fees and taxes may be higher or lower than this estimate depending on the tax rates in effect or the value of the Vehicle at the time a fee or tax is assessed.

## 15. WARRANTIES

If the Vehicle is new, the Vehicle is covered by the manufacturer's standard new car warranty. If the Vehicle is not new, there is no express warranty on the Vehicle unless indicated below:
[ ] Used vehicle limited warranty provided by the manufacturer.
[ ] Remainder of standard new vehicle limited warranty provided by the manufacturer.
**LESSOR LEASES THE VEHICLE TO YOU "AS IS." EXCEPT AS PROVIDED IN THIS LEASE (AND UNLESS PROHIBITED BY LAW), WE MAKE NO EXPRESS OR IMPLIED WARRANTIES OR REPRESENTATIONS AS TO THE VEHICLE'S (OR ANY OF ITS PARTS OR ACCESSORIES) CONDITION, MERCHANTABILITY, SUITABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE AND WE MAKE NO OTHER REPRESENTATIONS OR WARRANTIES WHATSOEVER.**

## 16. INSURANCE VERIFICATION

You must maintain the insurance coverage described in Section 20A of this Lease. You affirm that the following insurance coverage is in force as of the Lease Date:

**Hyundai Lease Titling Trust**
**PO Box 20809**
**Fountain Valley, CA 92728-0809**

...CE TO FLORIDA LESSEES: The valid and collectible liability insurance and personal injury protection insura... ...ly authorized rental or leasing driver is primary for the limits of liability and personal injury protection cover... ...quired by Sections 324.021(7) and 627.736, Florida Statutes.

### 17. LEASE MODIFICATIONS

Any change to this Lease must be in a writing signed by us and you, except that (a) we may agree to requests for extensions, deferrals and date changes (if offered by us) by phone and confirmed by us in writing, unless the law requires a signed written agreement, and (b) we may, in sole discretion, modify any term(s) of this Lease without your signature upon written notice to you of the modified term(s), if the modified te... are at least as favorable to you as the existing terms of this Lease. Your failure to object within 10 days after we send you a modification shall be deemed your consent to the modified term(s). No other oral changes are binding.

Lessee Signature X _Tina Goldstein_      Co-Lessee Signature X   N/A

### 18. NOTICES AND SIGNATURES

BY SIGNING BELOW, YOU AGREE THAT GENESIS FINANCE MAY OBTAIN ONE OR MORE CREDIT REPORTS OR OTHER CONSUMER REP... ABOUT YOU FOR USE IN CONNECTION WITH ATTEMPTING TO COLLECT AMOUNTS OWED UNDER THIS LEASE, ENFORCING THIS LEAS... SELECTING YOU TO RECEIVE MARKETING SOLICITATIONS FOR FUTURE RETAIL FINANCING OR LEASE PROGRAMS.

NOTICE TO LESSEE: (1) DO NOT SIGN THIS LEASE BEFORE YOU READ IT. (2) YOU ARE ENTITLED TO A COPY OF THIS LEASE.

THIS IS A LEASE AGREEMENT. THIS IS NOT A PURCHASE AGREEMENT. PLEASE REVIEW THESE MATTERS CAREFUL... AND SEEK INDEPENDENT PROFESSIONAL ADVICE IF YOU HAVE ANY QUESTIONS CONCERNING THIS TRANSACTIO... YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN.

BY SIGNING BELOW, YOU ACKNOWLEDGE THAT: (1) YOU HAVE READ THE ENTIRE LEASE; (2) YOU AGREE TO ALL OF THE PROVISIONS OF THIS LEASE; (... HAVE RECEIVED A COMPLETELY FILLED-IN COPY OF THIS LEASE; AND (4) THIS IS A LEASE AND YOU HAVE NO OWNERSHIP RIGHTS IN THE VEHICLE U... AND UNTIL YOU EXERCISE YOUR OPTION TO PURCHASE THE VEHICLE SET FORTH IN THIS LEASE.

A. INDIVIDUAL LESSEE SIGNATURE(S)

Lessee Signature: _Tina Goldstein_      Co-Lessee Signature: X   N/A
Name: **TINA GOLDSTEIN**      Name: **N/A**

B. BUSINESS LESSEE SIGNATURE

Signature: X   N/A      Name:   N/A      Title:   N/A

C. LESSOR SIGNATURE AND ASSIGNMENT. The authorized signature of the Lessor below has the effect of: (1) accepting the terms and conditions of this Lease; (2) acknowledging verifi... the Lessee's insurance coverage required by this Lease; and (3) assigning to **Hyundai Lease Titling Trust**, P.O. Box 20829, Fountain Valley, CA 92728-0829 or its successors and assigns right, title and interest in and to this Lease, the proceeds of this Lease and the Vehicle, according to the terms and conditions of the dealer agreement(s) between Hyundai Capital America Lessor.

Authorized Signature: X _____      Name: **STEVEN PEARL**      Title: **FIMANAGER**

**AutoPay Authorization**

I authorize Hyundai Capital America dba Genesis Finance (Genesis Finance USA in Utah) ("Genesis Finance") to initiate monthly Automated Clearing House (ACH) debit entries (and, if necessa... debit or credit entries to correct errors) to the deposit account listed below (the "Account") on the payment due date specified in my motor vehicle lease (the "Lease"), each in the amount of the payment specified in the Lease plus any applicable sales, use, rental or other charges due under the Lease and any other charges due under the Lease and reflected on the most recent monthly statement. I agree t... remain responsible for arranging payments due under the Lease until Genesis Finance confirms that it has initiated AutoPay, which may take up to two billing cycles. This authorization shall r... effect, and Genesis Finance will continue to charge my Account, until I revoke my authorization by calling Genesis Finance's Customer Service Department at 84-GENESIS-7 (844 363-7477... 3 business days prior to the next scheduled payment due date to avoid further charges. I understand that when I revoke this authorization I will be responsible for scheduling and making all sub... payments to Genesis Finance when due under the Lease. In addition, if funds are not available when Genesis Finance attempts to charge my Account, I will be responsible for arranging al... payment to Genesis Finance and agree to pay Genesis Finance any late charges due under the Lease as well as any returned check, processing or insufficient funds fees as set forth in th... Except to the extent imposed by applicable law, Genesis Finance shall have no liability to me with respect to a debit against the Account which is drawn in an incorrect amount or drawn aft... revoked authorization for AutoPay, other than the responsibility to correct any error. I represent to Genesis Finance that I am the holder of the Account or am authorized to make payments... Account. I acknowledge that I received a copy of this authorization for my records.

| N/A | N/A | N/A | N/A | N/A |
|---|---|---|---|---|
| Bank Name | Name of Account Holder 1 | Date | Name of Account Holder 2 | Date |
| N/A | | | | |
| Bank Account Number | | | | |
| N/A | N/A | N/A | N/A | N/A |
| Bank Routing Number (9 digits) | Signature of Account Holder 1 | | Signature of Account Holder 2 | |
| N/A | N/A | | | |
| Account Type (Checking, Savings or Money Market) | Account Holder Email Address | | ☐ Attached is a copy of a cancelled check | |

**By signing this Lease, you agree that you have read all 8 pages of this entire Lease. See additional pages for additional lease t...**

71989*1*NPH-FI                                        04/15/2019   01...

Form No. LSE GF FL Z (Rev. 1/2019) Electronic  ©2019, Hyundai Capital America      Lessee Initials X _TG_   Co-Lessee Initials X   N/A      Pag...