UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80190-ROSENBERG/REINHART

BERNARD GOLDSTEIN,
as the Personal Representative
of the Estate of TINA GOLDSTEIN,
deceased, an individual,

    Plaintiff,

v.

NORTH PALM HYUNDAI, LLC.,
d/b/a NORTH PALM HYUNDAI, A Florida
Limited Liability Company,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

    Upon consideration of Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint ("Motion") and the entire record herein, it is on this 21st day of February, 2023,

    **ORDERED** that the Motion is hereby **GRANTED**.

    **DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 21st day of February, 2023.

Copies furnished to:
Counsel of record via CM/ECF

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE