UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

BERNARD GOLDSTEIN,
As the Personal Representative
Of the Estate of TINA GOLDSTEIN,
Deceased,
An individual,                                                          Case No. 9:23-cv-80190

       Plaintiff(s),
vs.

NORTH PALM HYUNDAI, LLC.,
d/b/a NORTH PALM HYUNDAI,
a Florida Limited Liability Company.

       Defendant(s).
_____/

## JOINT CONFERENCE REPORT AND PROPOSED SCHEDULING ORDER

Plaintiff, BERNARD GOLDSTEIN, Personal Representative of the Estate of TINA GOLDSTEIN, Deceased ("Plaintiff") an individual, and Defendant, NORTH PALN HYUNDAI LLC., d/b/a NORTH PALM HYUNDAI ("Hyundai"), by and through their respective undersigned attorneys, pursuant to Rule 16.1(b) of the Local Rules for the Southern District of Florida, hereby submit this Conference Report as to the conference held on February 27, 2023 and provide a Proposed Scheduling Order Setting Civil Trial Date:

**Information required by S.D. Fla. L.R. 16.1(b):**

**(A) Likelihood of Settlement.**

Unlikely at this juncture. The parties will explore settlement opportunities as they may arise and during the Mediation ordered by the Court.

**(B) Likelihood of Appearance in the Action of Additional Parties.**

None.

**(C) Proposed Limits on Time.**

The parties recommend this case be assigned to a standard track.

| Action | Date |
| --- | --- |
| Joinder of any additional parties and filing of motions to amend the complaint | June 28, 2023 |
| Written lists containing the names and addresses of all fact witnesses intended to be called at trial | July 21, 2023 |
| Plaintiff shall disclose expert(s), expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) | August 11, 2023 |
| Defendant shall disclose expert(s), expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) | September 15, 2023 |
| Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) | October 6, 2023 |
| Selection of mediator | July 7, 2023 |
| Fact discovery shall be completed | October 27, 2023 |
| Expert Discovery shall be completed | November 10, 2023 |
| Dispositive motions, including summary judgment and Daubert, shall be filed | November 30, 2023 |
| Mediation shall be completed | December 1, 2023 |
| All pretrial motions and memoranda of law, including motions in limine, shall be filed | December 15, 2023 |
| All pretrial motions shall be resolved by | |
| Joint pretrial stipulation, proposed joint jury instructions and verdict form, and/or proposed findings of fact and conclusions of law shall be filed | January 19, 2024 |
| Electronic versions of documentary exhibits and Certificates of Compliance re: admitted evidence shall be filed on CM/ECF | February 2, 2024 |
| Pretrial Conference | |
| Trial | |

**(D)     Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses, and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment.**

At this time, the parties do not have any proposals for the formulation and simplification

of any issues. As the case progresses, the parties will, if appropriate, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

**(E)     Necessity or Desirability of Amendments to Pleadings.**

Plaintiffs intend to file an Amended Complaint to add additional claims for violations of the Truth in Lending Act upon discovery and subsequent proffer.

At this time, Hyundai does not anticipate any amendment practice.

**(F)     The Possibility of Obtaining Admissions of Fact and of Documents, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information or Things, and the Need for Advance Rulings from the Court on Admissibility of Evidence.**

The Parties will attempt, in good faith, to obtain admissions of fact, make appropriate stipulations, and exchange documents which will avoid unnecessary proof in this action. The Parties will work to agree on authentication of relevant documents. At this time, there is no need for any advance rulings with respect to admissibility of evidence.

**(G)     Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence.**

The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof and presentation of cumulative evidence at trial.

**(H)     Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master.**

The parties do not consent to trial by the Magistrate Judge, nor to the disposition of dispositive pre-trial motions by a Magistrate Judge.

**(I)     Preliminary Estimate of the Time Required for Trial.**

The parties believe this matter will require 1-2 days of trial.

**(J)     Requested Date or Dates for Conferences Before Trial, a Final Pretrial Conference and Trial.**

The parties request that the pretrial conference be scheduled for the two-week trial docket commencing February 13, 2024. Plaintiff has requested a jury trial in his Complaint.

**(K)     Any issues About:**

(i)  disclosure, discovery or preservation of electronically stored information, **including the form or forms in which it should be produced;**

(ii)  **claims of privilege or of protection as trial-preparation materials, including - if the parties agree on a procedure to assert those claims after production - whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and**

(iii) **when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist -**

The parties are unaware of any issues as to the above.

**L. Other Information That Might Be Helpful to the Court in Setting the Case for Status or Pretrial Conference.**

At this time, the parties are unaware of any other information that might be helpful to the Court in setting the case for status or pretrial conference.

Respectfully Submitted:

| | |
|---|---|
| /s/ Joshua E. Feygin<br>JOSHUA FEYGIN, ESQ.<br>FL Bar No.: 124685<br>Email: Josh@JFeyginesq.com<br>JOSHUA FEYGIN, PLLC<br>1800 E. Hallandale Bch. Blvd. #85293<br>Hallandale, Florida 33009<br>Tel: (954) 228-5674<br>Fax: (954) 697-0357<br>*Counsel for Plaintiff* | /s/ Darren R. Newhart<br>Darren R. Newhart, Esq.<br>FL Bar No: 0115546<br>E-mail: darren@newhartlegal.com<br>NEWHART LEGAL, P.A.<br>P.O. Box 1351<br>Loxahatchee, FL 33470<br>Telephone: (561) 331-1806<br>Facsimile: (561) 473-2946<br>*Counsel for Plaintiff* |
| /s/ Jillian Sidisky<br>FL Bar Number: 113611<br>Cole, Scott, Kissane, P.A.<br>Esperante Building<br>222 Lakeview Avenue<br>Suite 120<br>West Palm Beach, FL 33401<br>Telephone: 561-383-3426<br>Email: jillian.sidisky@csklegal.com<br>*Counsel for Defendant* | /s/ Sanique Jacqueline Balan<br>FL Bar Number: 1030879<br>Cole, Scott, Kissane, P.A.<br>Esperante Building<br>222 Lakeview Avenue<br>Suite 120<br>West Palm Beach, FL 33401<br>Telephone: 561-383-9200<br>Email: sanique.balan@csklegal.com<br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 27, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically on all counsel of record.

*/s/ Jillian Sidisky*
Jillian Sidisky, Esq.
FL Bar Number: 113611