UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PALM BEACH DIVISION**

CASE NO. 23-CV-80190-RLR

BERNARD GOLDSTEIN,
as the Personal Representative
of the Estate of TINA GOLDSTEIN,
deceased, an individual,

      Plaintiff,

v.

NORTH PALM HYUNDAI, LLC.,
d/b/a NORTH PALM HYUNDAI, A Florida
Limited Liability Company,

      Defendant,

_____/

## DEFENDANT'S MOTION TO BE EXCUSED FROM MEDIATION

Defendant, NORTH PALM HYUNDAI, LLC., d/b/a NORTH PALM HYUNDAI ("North Palm"), by and through undersigned counsel, respectfully files this Motion to be Excused from Mediation ("Motion") and in support thereof, states as follows:

1.     This lawsuit arises out of a vehicular lease between North Palm and Plaintiff (the "Lease"). The Lease contains an arbitration provision which North Palm intends to enforce.

2.     On April 4, 2023, the Court entered an Order directing the parties to file a Notice of Mediation on or before April 11, 2023. [D.E. 17].

3.     In North Palm's Answer and Affirmative Defenses to Plaintiff's Complaint ("Answer"), North Palm asserts the following affirmative defense:

> Defendant states that Plaintiff failed to pursue alternative dispute resolution prior to initiating this suit, as the Lease requires that Plaintiff submit any claim pertaining to the Lease to mediation prior to filing a lawsuit.

*See* Answer, p. 5 [D.E. 16].

4.      On March 31, 2023, North Palm advised Plaintiff that it intended to enforce the Lease's arbitration provision.

5.      The undersigned will be filing its motion to compel arbitration on or before April 14, 2023.

6.      North Palm is concerned that by agreeing to and coordinating mediation, Plaintiff will argue that North Palm has waived its right to arbitration. *See generally Compere v. Nusret Miami, LLC*, 396 F. Supp. 3d 1194, 1204 (S.D. Fla. 2019); *Robert P. Boswell, D.M.V., P.A. v. Scott J. Swerdlin, D.M.V., P.A.*, 08-80482-CIV, 2008 WL 11332004, at \*5 (S.D. Fla. Sept. 25, 2008), report and recommendation adopted, 08-80482-CIV, 2008 WL 11333663 (S.D. Fla. Oct. 15, 2008).

7.      As such, North Palm respectfully requests this Court excuse North Palm from participating in Mediation until the Court rules on North Palm's motion to compel arbitration.

8.      On April 7, 2023, the undersigned advised Plaintiff's counsel of North Palm's intent to file this Motion. Plaintiff and his counsel advised that Plaintiff opposes the relief requested herein.

9.      This Motion is being filed in good faith, not for purposes of delay, and no prejudice will result from the requested relief.

**WHEREFORE,** this Defendant respectfully requests this Court enter and order granting this Motion, or in the alternative enlarge the time to file a Notice of Mediation until after the Court rules on Defendant's motion to compel arbitration and granting any other relief in favor of Defendant this Court deems just and proper.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

CASE NO. 23-CV-80190-RLR

Dated: April 10, 2023

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Attorneys for Defendant*
222 Lakeview Avenue
Suite 120
West Palm Beach, FL 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

By: */s/ Jillian Strasser*
JILLIAN STRASSER
FL Bar No.: 113611
SANIQUE BALAN
FL Bar No.: 1030879

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that that on this 10th day of April 2023, a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties identified below.

*s/ Jillian Strasser*
Jillian Strasser, Esq.

## SERVICE LIST

Joshua Feygin, Esq.
Sue Your Dealer – A Law Firm
1930 Harrison Street Suite 208 F
Hollywood, FL 33020
Telephone: (954) 228-5674
Facsimile: (954) 697-0357
Email: Josh@JFeyginesq.com
*Counsel for the Plaintiff*

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

CASE NO. 23-CV-80190-RLR

Darren R. Newhart, Esq.
Newhart Legal, P.A.
14611 Southern Blvd. Suite 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile: (561) 473-2946
E-mail: darren@newhartlegal.com
*Counsel for the Plaintiff*

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX