UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-80190-ROSENBERG/REINHART

BERNARD GOLDSTEIN,
as the Personal Representative
of the Estate of TINA GOLDSTEIN,
deceased, an individual,

    Plaintiff,

v.

NORTH PALM HYUNDAI, LLC.,
d/b/a NORTH PALM HYUNDAI, A Florida
Limited Liability Company,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court upon the Defendant's Motion to be Excused from Mediation. DE 18.  In the Motion, the Defendant explains that it intends to enforce an allegedly relevant and binding arbitration agreement with the Plaintiff and to file a corresponding motion to compel arbitration in this case by April 14, 2023.  Further, the Defendant informs the Court that it is concerned that agreeing to and coordinating mediation with the Plaintiff would waive its right to enforce the relevant, binding arbitration agreement.  The Court has reviewed the Motion and the record, and it is otherwise fully advised in the premises.

The Defendant's Motion to be Excused from Mediation is **DENIED**.  The new deadline to file a Notice designating a mediator and scheduling a time, date, and place for mediation is April 21, 2023.  When the Court evaluates the Defendant's motion to compel arbitration, which the Court expects to be filed on April 14, the Court will not consider the Defendant's actions of agreeing to

and coordinating mediation, pursuant to this Court's order, to waive the Defendant's right to enforce the allegedly relevant and binding arbitration agreement.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 11th day of April, 2023.

Copies furnished to:
All counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE